IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHAWNELLIAS BURGESS )
)
v. ) NO. 3:10-1180
) Campbell/Griffin
CHASE BANK USA, N.A.; and )
EXPERIAN INFORMATION SOLUTIONS )

# S C H E D U L I N G   O R D E R

Pursuant to Federal Rule of Civil Procedure 16(b), all pretrial preparation in this action shall take place according to the following schedule.[1]

## I. GENERAL COURT RULES AND PROCEDURES

Any filing made with the Court must comply with Rule 5 of the Federal Rules of Civil Procedure, which requires that a copy of any filing made with the Court be sent to the opposing parties or their counsel and that the filing contain a certification stating that a copy has been sent, to whom, at what address, and on what date. Any filing which does not comply with this requirement will be returned and/or stricken from the record.

Each party is responsible for making and obtaining copies of any documents or filings sent to the Court. It is not the Court's responsibility to provide free copies of any documents to the parties. If a party desires to obtain a copy of a document in the official court file, the party should

---

[1] The Court has provided deadlines that are more extended than would normally be set, taking into account the deadlines suggested by both the plaintiff and the defendants in the proposed case management order (Docket Entry No. 24).

1

contact the clerk's office, with the docket entry number of the document if possible, about obtaining copies. The cost of copying is .50¢ per page.

The parties are required to keep both the Court and the opposing party or its counsel informed of their current addresses. The plaintiff's failure to keep the Court informed of his current address may result in a recommendation that this action be dismissed for failure to prosecute and for failure to comply with the Court's order.

## II. PRETRIAL DEADLINES

### Experts

In the proposed case management order (Docket Entry No. 24), the parties suggested deadlines for expert disclosures. By **February 21, 2011**, the parties shall file separate notices indicating whether they really intend to use experts and, if so, on what topics they expect such experts to testify. Deadlines for expert disclosures will be provided thereafter, if appropriate.

### Amendment of Pleadings

The parties shall have until **April 8, 2011,** to move to amend the pleadings.

### Discovery

All discovery shall be completed by **July 29, 2011**. By this, the Court means that all written discovery should be served far enough before the discovery completion date, i.e. at least thirty days prior to the discovery completion deadline, so that responses or objections to any written discovery can be made prior to the completion deadline. For example, serving written discovery upon an opposing party a few days prior to the discovery completion deadline does not comply with this scheduling order and may result in discovery being denied to the requesting party.

Any party seeking to serve written discovery upon another party which would result in responses being served after the discovery completion deadline must obtain leave of the Court to serve untimely discovery requests.

Written discovery should be sent to the opposing party and should not be filed with the Court, nor should a copy of the written discovery be sent to the Court unless it is filed as an attachment to a motion. A Court order is not required for a party to engage in discovery and discovery is not stayed upon the filing of any motion unless specifically ordered by the Court.

### Discovery Motions

All discovery motions must be filed by **August 2, 2011**. All discovery motions must comply with the applicable requirements contained in Rules 26-37 of the Federal Rules of Civil Procedure and Rule 37.01 of the Local Rules of Court.

### Dispositive Motions

All dispositive motions to dismiss and for summary judgment shall be filed by **September 2, 2011.**

### Other Motions

Any other motions (other than in limine or related to trial matters) must be filed by **September 2, 2011**.

### Target Trial Date

It is recommended that a jury trial be scheduled no earlier than **April 5, 2012**.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge